**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| In Re:  Titus Gama | Bankruptcy Case No. 22-12887-MECR |
|  | Chapter 13 |
| Debtor(s) | |

| |
|---|
| Fairwood Community Association, Inc. |
| c/o Pickett Law, LLC |
| 264 Merrimac Court, P.O. Box 590 |
| Prince Frederick, MD 20678 |
|  |
|     Movant |
|  |
| -v- |
|  |
| Titus Gama |
| 12713 Gladys Retreat Circle |
| Bowie, MD 20720 |
|  |
|     Debtor/Respondent |

## NOTICE OF DEFAULT

The Movant, **FAIRWOOD COMMUNITY ASSOCIAITON, INC.**, by Counsel, states as follows:

1. On August 22, 2023, this Court entered a Consent Order Modifying the Automatic Stay (the "Order") (Doc 29) providing that the Debtor was to cure the existing post-petition default and remain current in monthly community association assessments. The Order also states that in the event that the Debtor should fail to make the payments by the dates in accordance with the terms of the Order, or if the Debtor should default in making future post-petition community

association assessments and charges, the Movant may file with this Court and mail to all interested parties a Notice describing the alleged default.

2.   The Debtor has defaulted by failing to make the agreed monthly post-petition payments of community association assessments and is out of compliance with the Order.

3.   The following chart sets forth the post-petition amount due pursuant to the terms of the Order that have been missed by the Debtor as of November 21, 2024:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total |
|---|---|---|---|---|
| Agreed Post-Petition Total: | 09/01/2023 | 11/21/2024 | | $1,404.54 |
| (10) Monthly Assessments | 09/01/2023 | 06/01/2024 | $109.27 | $1,092.70 |
| (5) Monthly Assessments | 07/01/2024 | 11/21/2024 | $105.04 | $525.20 |
| 15 (Late Fee) | 09/01/2023 | 11/21/2024 | $10.00 | $150.00 |
| Notice of Default Fee: | | | | $100.00 |
| Payments Received | 09/01/2023 | 11/21/2024 | | <2,202.54> |
| **Total Due:** | | | | **$1,069.90** |

4.   Pursuant to the terms of the Order, within fourteen (14) days of the filing of this Notice you may (a) cure the default by **December 6, 2024,** or (b) pursue any other relief set forth under the Order.

5.   The default amount must be made payable to **Fairwood Community Association, Inc.** and must be received before expiration of this Notice of Default as set forth above.  Said funds should be sent to:

**FAIRWOOD COMMUNITY ASSOCIATION, INC.**
**c/o: Pickett Law, LLC**
**264 Merrimac Court, P.O. Box 590**
**Prince Frederick, MD 20678**

6.   In the event funds tendered pursuant to this Notice of Default fail to clear the financial institution, such funds shall not constitute a cure.  Please further note that if funds less than the necessary amount set forth above are tendered, same may be applied to the arrearage, however, unless the full balance is timely received incident to this Notice, the arrearage will be released from bankruptcy accordingly.

Date:   November 21, 2024              **Fairwood Community Association, Inc.**

By: */s/ Amber L. Bryant*
**Amber L. Bryant, Esquire, #28576**
Pickett Law, LLC
264 Merrimac Court, P.O. Box 590
Prince Frederick, MD 20678
Tel: (443) 295-7366

Email: abryant@pickettlaw.net

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of November, 2024, a copy of the foregoing Notice of Default was served via CM/ECF on Timothy P. Branigan, Trustee, and Alexander Sanchez, Esquire, Counsel for Debtor, at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid to:

Titus Gama
12713 Gladys Retreat Circle
Bowie, MD 20720

                                                      */s/ Amber L. Bryant*
                                                      **Amber L. Bryant, Esquire, #28576**
                                                      Pickett Law, LLC
                                                      264 Merrimac Court, P.O. Box 590
                                                      Prince Frederick, MD 20678
                                                      *Counsel for Movant*