**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| In Re:  Titus Gama | Bankruptcy Case No. 22-12887-MECR <br> Chapter 13 |
| Debtor(s) | |

| | |
|---|---|
| Fairwood Community Association, Inc. <br> c/o Pickett Law, LLC <br> 264 Merrimac Court, P.O. Box 590 <br> Prince Frederick, MD 20678 <br><br> Movant <br><br> -v- <br><br> Titus Gama <br> 12713 Gladys Retreat Circle <br> Bowie, MD 20720 <br><br> Debtor/Respondent | |

**DECLARATION OF DEFAULT**

**FAIRWOOD COMMUNITY ASSOCIATION, INC.** ("Movant"), by Counsel, represents unto the Court as follows:

1. The Debtor, **TITUS GAMA**, failed to comply with the Consent Order Granting Modification of Stay ("Order") which was entered by the Court on August 21, 2023 (Doc. 29).

2. Counsel for Movant prepared and served a fourteen (14) day Notice of Default on January 23, 2025 (Doc. No. 39).  A copy of the Notice of Default is attached hereto as Exhibit 1.

3. Movant has not received funds in an amount sufficient to cure the Notice of Default, and the time for the Debtor to cure the default has expired.

4. Pursuant to the terms and conditions of the Order, the Automatic Stay is hereby terminated.

Respectfully submitted,

**Fairwood Community Association, Inc.**

By: */s/ Amber L. Bryant*
**Amber L. Bryant, Esquire, #28576**
Pickett Law, LLC
264 Merrimac Court, P.O. Box 590
Prince Frederick, MD 20678
Tel: (443) 295-7366
Email: abryant@pickettlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2025, a copy of the foregoing Declaration of Default was served via CM/ECF on Timothy P. Branigan, Trustee, and Alexander Sanchez, Esquire, Counsel for Debtor, at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid to:

Titus Gama
12713 Gladys Retreat Circle
Bowie, MD 20720

*/s/ Amber L. Bryant*
**Amber L. Bryant, Esquire, #28576**
Pickett Law, LLC
264 Merrimac Court, P.O. Box 590
Prince Frederick, MD 20678
*Counsel for Movant*