UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF:

Titus Gama

DEBTOR(S)

Case No.: 22-12887
Chapter 13

UMB BANK, National Association, not in its individual capacity, but solely as Legal Title Trustee of PRL Title Trust I, by Rushmore Servicing, Servicing Agent

  MOVANT
    vs.

Titus Gama

RESPONDENT(S)

## AFFIDAVIT OF DEFAULT
## AND NOTICE OF TERMINATION OF AUTOMATIC STAY

MOVANT by its undersigned counsel files herein this AFFIDAVIT OF DEFAULT AND NOTICE OF TERMINATION OF AUTOMATIC STAY.

Titus Gama are/is currently in default of the Consent Order dated AUGUST 19, 2024 in the amount of $11,858.86 (see attached affidavit).

Pursuant to the terms and conditions of the Order, the Debtor(s) has fourteen days to cure said default. Funds should be paid via certified check, cashier's check, or Western Union Quick Collect. No personal checks will be accepted.

Under the provisions of the Consent Order, the stay of Section 362(a) will terminate fourteen days from the mailing of this affidavit.

Signed and mailed this 31st day of March, 2025.

/s/ Richard J. Rogers
Richard J. Rogers, Esquire
Cohn, Goldberg & Deutsch, LLC
1099 Winterson Road, Suite 301
Linthicum Heights, MD  21090
410-296-2550
Fax: 410-296-2558
Email: bankruptcyecf@cgd-law.com
Federal Bar #: 01980 (MD)
Attorney for Movant

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW
1099 WINTERSON ROAD
SUITE 301
LINTHICUM HEIGHTS,
MARYLAND, 21090

410-296-2550

File #: 427060

## **CERTIFICATE OF SERVICE**

I certify that on March 31, 2025, copies of the Affidavit of Default and Notice of Termination of Automatic Stay were served upon the party (parties) whose name(s) and address(es) are listed below, by FIRST CLASS MAIL:

Titus Gama
12713 Gladys Retreat Circle
Bowie, MD 20720

and by ELECTRONIC FILING NOTIFICATION CM/ECF to:

| respondent(s)' counsel: | Rebecca A. Herr, Trustee |
|---|---|
| Alexander Sanchez, Esquire | 185 Admiral Cochrane Drive Suite 240 |
| 575 S. Charles St., Suite 404 | Annapolis, MD 21401 |
| Baltimore, MD 21201 | |

/s/ Richard J. Rogers
Richard J. Rogers, Esquire
Cohn, Goldberg & Deutsch, LLC
1099 Winterson Road, Suite 301
Linthicum Heights, MD  21090
410-296-2550
Fax: 410-296-2558
Email: bankruptcyecf@cgd-law.com
Federal Bar #: 01980 (MD)
Attorney for Movant

Cohn, Goldberg & Deutsch, LLC

Attorneys at Law
1099 Winterson Road
Suite 301
Linthicum Heights,
Maryland, 21090

410-296-2550

File #: 427060