UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF:<br><br>Titus Gama<br><br>DEBTOR(S) | Case No.: 22-12887<br>Chapter 13 |
| UMB BANK, National Association, not in its individual capacity, but solely as Legal Title Trustee of PRL Title Trust I, by Rushmore Servicing, Servicing Agent<br>     MOVANT<br>          vs.<br>Titus Gama<br><br>RESPONDENT(S) | |

**NOTICE OF SECURED CREDITOR'S RIGHT TO COMMENCE FORECLOSURE**

NOW COMES MOVANT by the undersigned counsel and files herein this NOTICE OF TERMINATION OF AUTOMATIC STAY.

Pursuant to the terms and conditions of the Consent Order, the Debtor(s) have/has no right to cure said default.

Under the provisions of the Consent Order, the stay of Section 362(a) is terminated as of April 16, 2025.

Signed and mailed this 16th day of April, 2025.

/s/ Richard J. Rogers
Richard J. Rogers, Esquire
Cohn, Goldberg & Deutsch, LLC
1099 Winterson Road, Suite 301
Linthicum Heights, MD  21090
410-296-2550
Fax: 410-296-2558
Email: bankruptcyecf@cgd-law.com
Federal Bar #: 01980 (MD)
Attorney for Movant

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW
1099 WINTERSON ROAD
SUITE 301
LINTHICUM HEIGHTS,
MARYLAND, 21090

410-296-2550

File #: 427060

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, that on this 16th day of April, 2025, a copy of the within Notice of Secured Creditor's Right to Commence Foreclosure was mailed, postage prepaid, and/or electronic filing notification, to:

Titus Gama
12713 Gladys Retreat Circle
Bowie, MD 20720

| | |
|---|---|
| and respondent(s)' counsel: | Rebecca A. Herr, Trustee |
| Alexander Sanchez, Esquire | 185 Admiral Cochrane Drive Suite 240 |
| 575 S. Charles St., Suite 404 | Annapolis, MD 21401 |
| Baltimore, MD 21201 | |

                                            /s/ Richard J. Rogers
                                            Richard J. Rogers, Esquire
                                            Cohn, Goldberg & Deutsch, LLC
                                            1099 Winterson Road, Suite 301
                                            Linthicum Heights, MD  21090
                                            410-296-2550
                                            Fax: 410-296-2558
                                            Email: bankruptcyecf@cgd-law.com
                                            Federal Bar #: 01980 (MD)
                                            Attorney for Movant

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW
1099 WINTERSON ROAD
SUITE 301
LINTHICUM HEIGHTS,
MARYLAND, 21090

410-296-2550

File #: 427060